**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 10 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Rhonda Ann Cantrell ) | Case No. 0860 4:15CR00220 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Rhonda Ann Cantrell__, have discussed with __Alison Scifres__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Modify conditions from no excessive alcohol to alcohol abstinence.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2/2/2016       _____  2/8/2016
Signature of Defendant       Date              Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                        2/8/16
Signature of Defense Counsel                                      Date

The Assistant U.S. Attorney ☑ does ☐ does not concur with this modification.  2/10/2016
☑ The above modification of conditions of release is ordered, to be effective on Click here to enter a date.
☐ The above modification of conditions of release is *not* ordered.

_____                                        February 10, 2016
Signature of Judicial Officer                                     Date