PROB 12B
ED/AR (12/2012)

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

# United States District Court

## for the

## Eastern District of Arkansas

JUN 1 5 2021

JAMES W. McCORMACK, CLERK

By: _____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Rhonda Ann Cantrell | Case Number: 4:15CR00220-001- BSM |
| Name of Sentencing Judicial Officer: | Honorable Brian S. Miller, U.S. District Judge |
| Original Offense: | False Statement |
| Date of Sentence: | November 9, 2016 |
| Original Sentence: | 60 months probation |

| | | | |
|---|---|---|---|
| Type of Supervision: Probation | | Date Supervision Commenced: | November 9, 2016 |
| | | Date Supervision Expires: | November 8, 2021 |
| U.S. Probation Officer: Bradley N. Jackson | Asst. U.S. Attorney: Julie E. Peters | Defense Attorney: | To be appointed |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

You must abstain from the use of alcohol during supervision.

## CAUSE

On May 26, 2021, the defendant violated her conditions of supervised release when she operated a vehicle while intoxicated in Newport, Arkansas. As documented by Newport Police Department's Report No. 2021050552, the defendant failed a field sobriety test and was charged with Violation of Omnibus Driving While Intoxicated Act 1st Offense and cited a court date. The defendant is scheduled to appear Jackson County, Arkansas, District Court for Arraignment on June 23, 2021, in case number DWI-21-37.

On June 8, 2021, the defendant admitted to drinking alcohol on May 26, 2021, prior to operating a motor vehicle. The defendant was verbally reprimanded and reinstructed as to her release conditions. Furthermore, she will begin participating in outpatient substance abuse counseling. On June 10, 2021, Federal Public Defender Lisa Peters spoke with Ms. Cantrell regarding the modification and Ms. Cantrell agreed to this modification request as evidenced by her signature on the attached Waiver of Hearing to Modify Conditions.

| | |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion. |

_____
Bradley N. Jackson
U.S. Probation Officer

Executed on   June 10, 2021

Approved by:

_____
Supervising U.S. Probation Officer

_____
Julie E. Peters
Assistant U.S. Attorney

Executed on   6/14/21

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Honorable Brian S. Miller
United States District Judge

6/15/2021
Date

c:  Rhonda Ann Cantrell, 2201 Shafer Circl
    Assistant U.S. Attorney Julie E. Peters

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must abstain from the use of alcohol during supervision.

Witness: _____ (U.S. Probation Officer)

Signed: Rhonda Cantrell (Probationer or Supervised Releasee)

Date: 6-15-2021

Lynn C. Titus
Federal Defender